FILED
 2017 Aug-22  PM 12:38
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:17-cv-01135-SGC |
| RESTORE CARE OF NORTH ALABAMA, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER TO SUPPLEMENT JURISDICTIONAL ALLEGATIONS

The complaint in this matter invokes federal diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1 at 1-2). However, the complaint describes one of the defendants, Restore Care of North Alabama, LLC, ("RCNA") as "a limited liability company formed under the laws of the State of Alabama with its principal place of business in [] Alabama." (*Id.* at 2). If RCNA were a corporation, these allegations would be sufficient to plead its Alabama citizenship. However, the citizenship of a limited liability company is determined by the citizenships of its members. *E.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC,* 374 F.3d 1020, 1022 (11th Cir. 2004). Absent additional information, the court cannot determine its jurisdiction over this matter.

Accordingly, Wells Fargo is **ORDERED** to file a notice clarifying its allegations regarding the citizenship of RCNA within seven (7) calendar days.

Specifically, Wells Fargo must identify each of RCNA's members and properly allege their respective citizenships for purposes of federal diversity jurisdiction.

**DONE** this 22nd day of August, 2017.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE